# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 24-448

**Caption [use short title]**

**Motion for:** to be relieved as counsel and to appoint new counsel

**Set forth below precise, complete statement of relief sought:**
motion to be relieved as counsel on this appeal and for the appointment of new counsel

USA v. Guldi (Victoria Davidson)

**MOVING PARTY:** Victoria Davidson  
**OPPOSING PARTY:** USA

[ ] Plaintiff  [✓] Defendant  
[ ] Appellant/Petitioner  [ ] Appellee/Respondent

**MOVING ATTORNEY:** Randa D. Maher  
**OPPOSING ATTORNEY:** Madison Reddick Smyser, Esq.

*[name of attorney, with firm, address, phone number and e-mail]*

Randa D. Maher, Attorney at Law  
10 Bond Street, Suite 389, Great Neck, NY 11021  
randalaw@optonline.net; 516-487-7460

United States Attorneys Office, SDNY  
26 Federal Plaza, New York, New York 10278  
madison.smyser@usdoj.gov; 212-637-2381

**Court- Judge/ Agency appealed from:** SDNY (Hellerstein, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
[ ] Yes  [ ] No (explain): not applicable

Opposing counsel's position on motion:  
[ ] Unopposed  [ ] Opposed  [ ] Don't Know  
Does opposing counsel intend to file a response:  
[ ] Yes  [ ] No  [ ] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**  
Has this request for relief been made below?  [ ] Yes  [ ] No  
Has this relief been previously sought in this court?  [ ] Yes  [ ] No  
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✓] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  [ ] Yes  [✓] No  If yes, enter date: _____

**Signature of Moving Attorney:**  
/s/ Randa Maher   **Date:** 9-20-24   Service by: [✓] CM/ECF  [✓] Other [Attach proof of service]

Form T-1080 (rev.12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------X
```
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 24-448 |
| | : | |
| | : | **AFFIRMATION IN SUPPORT** |
| - against - | : | **OF MOTION TO BE** |
| | : | **RELIEVED AS COUNSEL** |
| | : | **AND FOR APPOINTMENT** |
| VICTORIA DAVIDSON, | : | **OF NEW COUNSEL** |
| | : | |
| Defendant-Appellant | : | |

```
--------------------------------------------------------X
```

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NASSAU        )

      RANDA D. MAHER, an attorney admitted to practice law before the United States Court of Appeals for the Second Circuit hereby affirms, under the penalties of perjury, the following:

      1.    I have been appointed, pursuant to the Criminal Justice Act, to represent Ms Victoria Davidson, the Defendant-Appellant ("Appellant"), in the above matter. I submit this Affirmation in support of the herein motion for an Order to be relieved as Appellant's counsel on this appeal, and for the appointment of new CJA counsel. Appellant's brief and appendix is due on October 28, 2024.

      2.    Due to an irreparable breakdown in the attorney-client relationship, I respectfully move to be relieved as Ms. Davidson's appellate counsel, and for the appointment of new counsel on this appeal.

      3.    The instant direct appeal follows Ms. Davidson's conviction, after a jury trial in the United States District Court for the Southern District of New York (Hellerstein, J.), of the following three offenses: (1) wire fraud, in violation of 18 U.S.C. § 1343 (Count Three), (2) bank fraud, in violation of 18 U.S.C. § 1344 (Count Five), and (3) conspiracy to commit wire and bank fraud, in violation of 18 U.S.C. § 1349 (Count One). On January 9, 2024, Ms. Davidson was

sentenced principally to 9 months in prison. The judgment was entered on February 20, 2024. Ms. Davidson is currently incarcerated pursuant to the judgment.

4. Since my appointment, I have obtained the trial record from Ms. Davidson's prior attorney, along with records and materials available on the electronic docket, and remain in the process of reviewing the same.

5. I have maintained contact with Ms. Davidson through legal calls and emails. Unfortunately, it recently has become plainly apparent to me that an irreparable breakdown in the attorney-client relationship has developed making my continued representation of Ms. Davidson untenable. Moreover, based on aspects of certain communications between Ms. Davidson and me, that I am not at liberty to divulge due to the attorney-client relationship, she clearly wants new counsel to represent her on the instant appeal.

6. In the event of the granting of this motion, I will make myself readily available to work with new counsel in an effort to ensure an easy and expeditious transition.

7. As this motion arises from matters involving the attorney-client relationship, I have not sought the government's consent for the relief sought herein.

WHEREFORE, for the reasons set forth herein, I respectfully request that this Court relieve me as counsel and appoint new counsel to represent Ms. Davidson on the instant appeal, and for such other and further relief it deems just and proper.

Dated:  Great Neck, New York
            September 20, 2024

                                                    Respectfully submitted,


                                                    /s/ Randa D. Maher
                                                    Randa D. Maher
                                                    Counsel for Defendant Victoria Davidson


To:    AUSA Madison Reddick Smyser – by ACMS
         Ms. Victoria Davidson – by regular mail

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------X
UNITED STATES OF AMERICA,        :        No. 24-448
:
:
 - against -        :
:
:
VICTORIA DAVIDSON,        :
:
Defendant-Appellant        :
--------------------------------------------------------X

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and exact copy of the Motion to be Relieved as Counsel and for Appointment of New Counsel in the herein matter has been served on this date upon the following:

        Ms. Victoria Davidson, Reg. #76217-054
        FCI Danbury
        Federal Correctional Institution
        Route 37
        Danbury, CT   06811

by depositing the same in an official depository of the United States Postal Service with sufficient pre-paid postage thereupon to carry the same via first-class mail to its destination.

    Dated: September 20, 2024

                                              _____/s/_____
                                                    Randa D. Maher