# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of September, two thousand twenty-four.

---

United States of America,

    Appellee,

v.

Victoria Davidson,

    Defendant - Appellant.

---

**ORDER**

Docket No. 24-448

    Randa Dea Maher moves to be relieved as counsel for the Appellant.

    IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. Elizabeth A. Latif, Law Offices of Elizabeth A. Latif PLLC, 1022 Boulevard, Stuie 272, West Hartford, CT 06119, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Latif is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court