**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** US v. Victoria Davidson _____ v.
_____

**DOCKET NUMBER:** 24-448 _____

**COUNSEL'S NAME:** Elizabeth Latif _____

**COUNSEL'S ADDRESS:** 1022 Boulevard, #272 _____

West Hartford, CT 06119 _____

**COUNSEL'S PHONE:** 8609961723 _____

**QUESTIONNAIRE**

☑ I am ordering a transcript.

☐ I am not ordering a transcript.  Reason: ☐ Daily copy available ☐ U.S. Atty. placed order
☐ Other (attach explanation)

**TRANSCRIPT ORDER**

Prepare transcript of

☐ Pre-trial proceedings: 3/5/19, 3/6/19, 4/2/19, 10/2/19, 1/17/20, 10/13/22 ____
(Description & Dates)

☐ Trial: 1/10, 1/11, 1/12, 1/17, 1/18, 1/19, 1/23, 1/24, 1/25 (all 2023) ____
(Description & Dates)

☐ Sentencing: 10/4/23 ____
(Description & Dates)

☐ Post-trial proceedings: 3/24/23, 12/6/23, 1/9/24 ____
(Description & Dates)

I, Elizabeth Latif ____, hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with FRAP 10(b).

Method of payment: ☐ Funds ☑ CJA Form 24

Elizabeth Latif ____  10/10/24 ____
Counsel's Signature  Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

**ACKNOWLEDGMENT**

Date order received: _____  Estimated Number of Pages: _____

Estimated completion date: _____

_____  _____
Court Reporter's Signature  Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.