# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

------------------------------------------------------- x

UNITED STATES OF AMERICA,

Appellant,

 -v.-                                                                                          Dkt. # 24-448

VICTORIA DAVIDSON,

Defendant-Appellee.

------------------------------------------------------- x

## Declaration in Support of Motion to be Relieved as Counsel

ELIZABETH A. LATIF, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a member of this Court's Criminal Justice Act Panel. Pursuant to this Court's Order dated September 30, 3024, I was assigned as counsel to represent Defendant-Appellant Victoria Davidson in the above-captioned appeal.

2. I submit this declaration to be relieved as counsel in the case.

3. An "irreconcilable conflict" has arisen in the case, and the relationship is irreconcilably broken.

4. A probation officer handling the defendant-appellant's case informed me that defendant-appellant stated that I had advised her to be untruthful to the probation office about her financial situation. I did not do so. Due to this misrepresentation and a concomitant breakdown in the relationship, I can no longer represent defendant-appellant.

5. Accordingly, I respectfully request that I be relieved, and I make this declaration

in support of a motion for an order relieving me as counsel on appeal and assigning new counsel from the Court's CJA panel.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on:

January 3, 2025

/s/ Elizabeth A. Latif

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Elizabeth A. Latif

Elizabeth A. Latif