December 18, 2024

The Honorable Judge Alvin Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

RE: United States v. Davidson: 19-cr-126 ECF 240

Your Honor,

I hope this finds you well. I write to respectfully object to my Appellate Attorney, Elizabeth Latif's motion to be relieved from my case. I would respectfully ask that you deny her request or at least call for a hearing to discuss the matter should there be gravely precipitating issues.

I was quite taken by surprise by Ms. Latif's declaration as I was unaware that there was any problem. Ms. Latif and I had communcated productively about the appeal and I was expecting to see a draft in due course. I asked Ms. Latif to communicate with me about this recent development so that I could understand but she has not.

My primary reason for objecting are that it will take another six months to identify an attorney then have them get up to speed on my case and as you know, much time has already been wasted while the current deadline for appeal submission is one month and a half away at the end of January.

With thanks in advance for your kind attention to this matter.

Sincerely,

*Victoria Davidson*
Victoria Davidson


CC: Elizabeth Latif, Attorney at Law