# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 10th day of January, two thousand twenty-five.

Before:    Richard J. Sullivan,
            *Circuit Judge.*

_____

United States of America,

        Appellee,

v.

Victoria Davidson,

        Defendant - Appellant.

_____

**ORDER**

Docket No. 24-448

    Elizabeth Latif renews her motion to be relieved as counsel for the Appellant.

    IT IS HEREBY ORDERED that the motion is GRANTED. Jamesa J. Drake, Drake Law LLC, P.O. Box 6224, Syracuse, NY 13217, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Drake is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

                                        For the Court:

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court